UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                         PLAINTIFF

v.                              Case No. 2:06-CR-20028-001

WILLIAM CRAINE                                                                   DEFENDANT

## **ORDER**

Before the Court is the Government's petition for remission of the fine imposed in this case. (Doc. 45). On November 21, 2006, Defendant was sentenced to 46 months incarceration and upon release from imprisonment, 3 years supervised released. Defendant was ordered to pay a special assessment of $100.00 and a fine of $1,500.00. Defendant has made $1,586.84 in payments towards this debt and there is a balance remaining in the amount of $13.16 as of November 8, 2017.

Under 18 U.S.C. § 3573, the Court may, in the interest of justice, remit all or part of the unpaid portion of a fine or special assessment. The United States Attorney has determined that there is no reasonable likelihood that expending further efforts to collect this fine would produce any revenue to the United States. Accordingly, it is in the interest of justice to remit the fine.

IT IS THEREFORE ORDERED that the Government's petition for remission of the fine imposed in this case (Doc. 45) is GRANTED.

IT IS SO ORDERED this 9th day of November, 2017.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE